## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**KOVACHERICH J. ARNOLD,**

      **Plaintiff,**

**v.**                            **Case No. 4:16cv136-MW/CAS**

**STATE OF FLORIDA, MADISON CORRECTIONAL INSTITUTION,**

      **Defendant.**
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 6.  Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 5, is **DISMISSED** for failure to state a claim upon which relief may be granted."  The Clerk shall close the file.

**SO ORDERED on June 20, 2016.**

                              **s/Mark E. Walker**_____
                              **United States District Judge**